UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT



## OATH TO INTERPRETER

Do you solemnly swear or affirm that you will interpret faithfully and accurately in this matter now before the court; do you so swear or affirm?

_____
INTERPRETER

Roberto Hernandez
(Print Name)

Subscribed and sworn to before me this __15th__ day of __January__, 20_25_

ROBERT R. CARR, CLERK

BY: _____

Date of Service:     1/15/2025

Language:            Spanish

Case No:    5:23-cr-3              USA v. Bayona
Proceeding: Information            Judge: GFVT

Case No:    _____        _____ v. _____
Proceeding: _____        Judge: _____

Case No:    _____        _____ v. _____
Proceeding: _____        Judge: _____