Eastern District of Kentucky
FILED
JAN 15 2025
AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

**UNITED STATES OF AMERICA**

V.                                                INFORMATION NO. 5:25-CR-03-01-GFVT

**SERAFIN BAYONA**

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### 18 U.S.C. § 1589(b)

In or about 2022 and continuing until in or about 2023, the exact dates unknown, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**SERAFIN BAYONA**

did benefit, financially and by receiving anything of value, from participation in a venture which provided and obtained the labor and services of Victim 1, knowing and in reckless disregard of the fact that such labor and services were obtained by means of force and threats of force to Victim 1 and other persons; by means of serious harm and threats of serious harm to Victim 1, and by means of a scheme, plan, and pattern intended to cause Victim 1 to believe that, if Victim 1 did not perform such labor or services, Victim 1 or other persons would suffer serious harm, all in violation of 18 U.S.C. § 1589(b).

## COUNT 2
## 18 U.S.C. § 1589(b)

In or about 2023, the exact dates unknown, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**SERAFIN BAYONA**

did benefit, financially and by receiving anything of value, from participation in a venture which provided and obtained the labor and services of Victim 2, knowing and in reckless disregard of the fact that such labor and services were obtained by means of force and threats of force to Victim 2 and other persons; by means of serious harm and threats of serious harm to Victim 2, and by means of a scheme, plan, and pattern intended to cause Victim 2 to believe that, if Victim 2 did not perform such labor or services, Victim 2 or other persons would suffer serious harm, all in violation of 18 U.S.C. § 1589(b).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 1594(d)

1.  By virtue of the commission of the offenses alleged in Counts 1 and 2 of the Information, **SERAFIN BAYONA** shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of the violations of 18 U.S.C. § 1589(b) and any property, real or personal, constituting or derived from any proceeds that he obtained, directly or indirectly, as a result of such violations, or any property traceable to such property. Any and all interest that **SERAFIN BAYONA** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 1594(d).

2. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
$52,287.00 in U.S. currency seized on or about April 30, 2024.

**FIREARM:**
GLOCK GMBH Pistol, Model 27, 40 Caliber, Serial No. SHY723

3. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

*/s/ Carlton S. Shier*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNTS 1 & 2:**   Not more than 20 years imprisonment, $250,000 fine, and not more than 3 years of supervised release.

**PLUS:**   Forfeiture of all listed property.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.