UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION - LEXINGTON
CRIMINAL MINUTES

Case No. 5:25-cr-03-01-GFVT        At Frankfort        Date: January 15, 2025

USA vs. SARAFIN BAYONA.    X present  X custody  _ bond   X  OR    AGE 36

**DOCKET ENTRY:** Parties appeared as noted for proceeding. The Clerk of the Court placed Defendant under oath and questioned by the Court.

PRESENT: HON. _____, UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Counsel for the United States:     Erin Roth, AUSA

Counsel for Defendant:             William Butler, Jr., Retained

Court Reporter: Sandy Wilder        Courtroom Deputy:   Mary Jane Younce

Interpreter: Roberto Hernandez      U.S. Probation: Deryn Warren

**PROCEEDINGS: WAIVER OF INDICTMENT; FILING OF INFORMATION AND GUILTY PLEA**

X    Defendant states true name is Serafin Bayona Bayona.

X    Defendant waived the right to proceed via Indictment and consented to the filing of an Information.

X    Information Filed.        X    Copy of Information previously given to the Defendant.

X    Defendant sworn, formally arraigned and advised of Constitutional Rights, pursuant to Rule 11, F.R.Cr.P.

__   Defendant waives reading of Information.    X  Information read to the Defendant.

X    Defendant pleads Guilty to Counts 1 and 2 of the Information 18 U.S.C. § 1589(b), and Forfeiture Allegation.

X    Court finds the Defendant to be fully competent and capable of entering an informed plea.

X    Court finds the plea is knowing, voluntary and supported by an independent basis in fact.

X  Defendant waives right to trial by jury.   X  Court finds the waiver is knowing and voluntary made.

X  Defendant agrees with facts contained in the information including the forfeiture allegation.

X  The **Binding Plea Agreement is deferred and** shall be filed into the record. The Clerk of the Court shall retain the original Binding Plea Agreement until sentencing.

X  Court orders a Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.

X  Case continued for Sentencing on **Wednesday, May 7, 2025, at the hour of 2:30 p.m., in Frankfort, Kentucky**, subject to intervening orders of the Court.

X  The Defendant shall be remanded to custody of the United States Marshal pending further order of the Court.

This the 15th day of January 2025.

cc: COR, USPO, USM
Initials of Deputy Clerk: MJY
TIC:  0/54