Eastern District of Kentucky
**FILED**

JAN 15 2025

AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**CRIMINAL ACTION NO.** 5:25-CR-3-01-GFVT

**UNITED STATES OF AMERICA**                    **PLAINTIFF**

**V.**                    **WAIVER OF INDICTMENT**

**SERAFIN BAYONA**                    **DEFENDANT**

\* \* \* \* \*

I understand that I have been accused of offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

_____
Serafin Bayona
Defendant

_____
William Butler
Attorney for Defendant

Before: _____
UNITED STATES DISTRICT JUDGE

Date: 1-15-2025