UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:25-cr-00003-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | **ORDER** |
| SERAFIN BAYONA, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Based upon the Plea Agreement, [R. 20], and for the reasons stated at bar, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the following property is subject to forfeiture and the Defendant's interest in the property is forfeited to the United States of America pursuant to 18 U.S.C. § 1594(d):

**CURRENCY:**

$52,287.00 in U.S. currency seized on or about April 30, 2024.

**FIREARM:**

GLOCK GMBH Pistol, Model 27, 40 caliber, Serial No. SHY723.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall become final as to the Defendants at the time of sentencing and be made part of the sentence and included in the judgment.

**IT IS FURTHER ORDERED** that an agency of the United States shall forthwith seize the above-described property and maintain custody of it in accordance with 21 U.S.C. § 853 and all relevant laws until further order of this Court.

**IT IS FURTHER ORDERED** that the United States shall provide notice to all persons who may have an interest in the property listed above, pursuant to Federal Rule of Criminal Procedure 32.2(b)(6), and is authorized to conduct appropriate discovery and any necessary ancillary proceedings as to the rights of third parties pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c).

**IT IS FURTHER ORDERED** that the Clerk shall deliver copies of this Order to all counsel of record and United States Probation.

This the 2nd day of April 2025.

Gregory F. Van Tatenhove
United States District Judge