Case No. 5:25-cr-03-01-GFVT       At: Frankfort       Date: May 7, 2025

U.S.A. vs. SERAFIN BAYONA    X present  X custody  __ bond  OR __ Age __

---

**DOCKET ENTRY:** The parties appeared as noted. The Court confirmed that both parties received the PSR and had sufficient time to go through the PSR. The Court **GRANTS** the United States's oral motion for the § 3E1.1 Third Level Reduction for acceptance of responsibility. The Court heard statements and arguments as to the proper sentence, and Defendant allocuted. The Court approved and signed the Binding Plea Agreement. The Court orally announced the sentence and will issue a separate Judgment.

---

PRESENT:    HON. _[signature]_____, U.S. DISTRICT JUDGE
                  GREGORY F. VAN TATENHOVE

Counsel for the United States:    Erin Roth, AUSA

Counsel for Defendant:    William M. Butler, Jr    X present  X retained  __ appointed

Court Reporter: Sandy Wilder    Courtroom Deputy: Mary Jane Younce

U.S. Probation Officer: Troy Brown & Deryn Warren    Interpreter: Roberto Hernandez

---

## PROCEEDINGS: SENTENCING

X_    No objections to the Pre - Sentence Report.

X_    Court **ADOPTS** the Presentence Report, prepared by the United States Probation Office, as its findings, including guideline calculations. The Presentence Report shall be filed under seal.

X_    Court **FINDS** the recommended sentence has been correctly calculated.

___   The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Pre-sentence Report and file same into the record.

X     The Binding Plea Agreement was signed by the Court and shall be FILED into the record.

X     The transcript shall be deemed as written findings of the Court.

X     Court's Advice of Right to Appeal was provided to the defendant.

X     Judgment shall be entered (See Judgment & Commitment.)

X     The Defendant shall remain in custody pending transfer of custody to Immigration and Customs Enforcement (ICE).

This the 5th day of May 2025.


Copies: COR, USP, USM,
Initials of Deputy Clerk: MJY
TIC: 1/05